■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT A. NESBITT, Appellant. [807 NYS2d 911]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 18, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted rape in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him upon a plea of guilty of attempted rape in the second degree (Penal Law §§ 110.00, 130.30 [2]), defendant contends that County Court abused its discretion in denying his request for youthful offender status. Defendant failed to preserve his contention for our review (*see People v Hoag*, 23 AD3d 1031 [2005]; *People v Gonzalez* [appeal No. 1], 280 AD2d 980 [2001]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Present—Kehoe, J.P., Martoche, Smith, Pine and Hayes, JJ.

■ In the Matter of JAMES PLUMB et al., Respondents, v MICHAEL C. PLUMB, Respondent, and KORI J. HYATT, Appellant. [807 NYS2d 910]—Appeal from an order of the Family Court, Oneida County (Frank S. Cook, J.), entered February 24, 2005 in a proceeding pursuant to Family Court Act article 6. The order granted sole custody of the subject child to petitioners with visitation to respondents.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Kehoe, J.P., Martoche, Smith, Pine and Hayes, JJ.